```
                        Case 08-64362-fra13    Doc 61    Filed 07/27/13
                                United States Bankruptcy Court
                                       District of Oregon
In re:                                                              Case No. 08-64362-fra
Shawn Wesley Richards                                               Chapter 13
Leilani Ann Richards
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0979-6         User: admin                  Page 1 of 3               Date Rcvd: Jul 25, 2013
                             Form ID: NRD                 Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2013.
db/jdb      +Shawn Wesley Richards,    Leilani Ann Richards,    1746 Dragon Tail Pl,    Medford, OR 97504-7290
cr          +NWCCU,    c/o Patrick L. Stevens,    777 High St, Suite 200,    Eugene, OR 97401-2750
cr          +PRA Receivables Management LLC,     POB 41067,   Norfolk, VA 23541-1067
82482726    +American Express,    POB 650448,    Dallas, TX 75265-0448
98027567     American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
82482727   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     POB 9224,    Farmington, MI 48333)
82482728    +Chrysler LLC,    c/o Robert L. Nardelli, CEO,    1000 Chrysler Dr.,    Auburn Hills, MI 48326-2778
98080644     HSBC Bank Nevada and its Assigns,     by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
82482732    +Household Bank,    POB 60102,    City Of Industry, CA 91716-0102
82482734    +Kawasaki,    POB 60107,   City of Industry, CA 91716-0107
82482735    +Kawasaki Motors Corp., USA,     c/o Donald J. Koprowski, RA,    9950 Jeronimo Rd,
              Irvine, CA 92618-2084
82482736    +Maurices,    POB 659705,   San Antonio, TX 78265-9705
82482738   ++NORTHWEST COMMUNITY CREDIT UNION,     PO BOX 70225,   SPRINGFIELD OR 97475-0145
             (address filed with court: NW Community Credit Union,     3660 Gateway St,    Springfield, OR 97477)
82482737     Northwest Community CU,    c/o Helen Byrnes, CEO,    POB 70225,    Eugene, OR 97401
98061497    +PAR Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o The Home Depot,
              POB 41067,   NORFOLK VA 23541-1067
99013705   ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC.,     P.O. Box 41067,
              Norfolk, VA 23541)
98061499    +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o The Home Depot,
              POB 41067,   NORFOLK VA 23541-1067
82482739     Port Supply,    Accounts Receivable,    PO Box 50060,   Watsonville, CA 95077-5060
82482744    +SOFCU,    3737 Shasta Way,    Klamath Falls, OR 97603-4982
82482740    +Sears,    POB 6936,   The Lakes, NV 88901-6936
82482741    +Shell,    Processing Center,    Des Moines, IA 50359-0001
82482745    +Spiegel,    POB 659705,   San Antonio, TX 78265-9705
82482746    +Victoria Secret,    POB 659728,    San Antonio, TX 78265-9728
98109110    +eCAST Settlement Corp,    Assignee of HSBC Bank Nevada,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
98211278     eCAST Settlement Corporation,     POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2013 01:23:36
              LVNV Funding LLC its successors and assigns as ass,    c/o Resurgent Capital Services,
              P.O. Box 10587,    GREENVILLE, SC 29603-0587
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2013 01:35:57
              Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
99631651    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2013 01:23:36
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
82482729    +E-mail/Text: bankruptcysupport@flagstar.com Jul 26 2013 01:25:33        Flagstar,
              5151 Corporate Drive,    Troy, MI 48098-2639
82482730     E-mail/Text: bankruptcysupport@flagstar.com Jul 26 2013 01:25:33        Flagstar Bank,
              c/o Mark T. Hammond, Pres./CEO,    5151 Corporate Dr.,    Troy, MI 48098-2639
96254639    +E-mail/Text: bankruptcysupport@flagstar.com Jul 26 2013 01:25:33        Flagstar Bank, FSB,
              5151 Corporate Drive,    Troy, MI 48098-2639
82482724     E-mail/Text: cio.bncmail@irs.gov Jul 26 2013 01:22:05       IRS,   PO Box 21126,
              Philadelphia, PA 19114
82482733    +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2013 01:36:16        JC Penney,    POB 960090,
              Orlando, FL 32896-0090
98192421     E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2013 01:23:36
              LVNV Funding LLC as assignee of American Express,    c/o Resurgent Capital Services,
              P.O. Box 10587,    Greenville, SC 29603-0587
98046978     E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2013 01:23:36
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
100094561    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2013 01:49:04        Midland Funding LLC,
              by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
82482725     E-mail/Text: bankruptcy.revenue@dor.state.or.us Jul 26 2013 01:24:07        ODR,
              Attn: Bankruptcy Unit,    955 Center St NE,   Salem, OR 97301-2555
96256747     E-mail/Text: bankruptcy.revenue@dor.state.or.us Jul 26 2013 01:24:07        ODR Bkcy,
              955 Center St NE,    Salem OR 97301-2555
100079215    E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2013 01:34:36        Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
96254111     E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2013 01:32:03
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
98043029    +E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2013 01:36:23
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0979-6          User: admin              Page 2 of 3            Date Rcvd: Jul 25, 2013
                              Form ID: NRD             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
98098850      E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2013 01:23:36     Roundup Funding LLC,
              MS 550,   PO Box 91121,    Seattle WA 98111 9221
97996315     +Fax: 541-756-7311 Jul 26 2013 01:21:32     SOFCU,    1551 Harback Rd,   Grants Pass OR 97527-5605
82482743     +Fax: 541-756-7311 Jul 26 2013 01:21:32     SOFCU,    PO Box 1358,   Grants Pass, OR 97528-0323
82482742     +Fax: 541-756-7311 Jul 26 2013 01:21:32     SOFCU,    c/o Charla Zeltvay, President,
              1551 Harbeck Rd.,   Grants Pass, OR 97527-5605
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            SOFCU Community CU
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,   PO Box 288,
              Greenville, SC 29602-0288
100079216*    Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
96256055    ##+CitiFinancial Auto Credit, Inc.,    P.O.BOX 9578,   Coppell, TX 75019-9513
82482731    ##+Home Depot,   POB 6028,   The Lakes, NV 88901-6028
                                                                                TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2013**          **Signature:**     *Joseph Speetjens*

```
District/off: 0979-6           User: admin              Page 3 of 3                Date Rcvd: Jul 25, 2013
                               Form ID: NRD             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2013 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0

NRD (12/1/10)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Shawn Wesley Richards
Leilani Ann Richards**
 *Other names used by debtor:* At The Helm Marine
Debtor(s)

)
)
) Case No. **08–64362–fra13**
)
) NOTICE RE COMPLETION OF
) PLAN PAYMENTS; DEBTOR
) **REQUIREMENT(S) FOR ENTRY
) OF DISCHARGE;** INTENT TO
) POSSIBLY CLOSE CASE
) WITHOUT ENTRY OF
) DISCHARGE; AND 11 USC
) §522(q)(1) MOTION DEADLINE
)

July 25, 2013

Clerk, U.S. Bankruptcy Court

BY DEPUTY

The trustee has notified the court that the plan payments in this Chapter 12/13 case have been completed, now, therefore,

**NOTICE IS GIVEN THAT** the debtor(s) must completely fill out, sign, and file Local Bankruptcy Form (LBF) #525, Individual Debtor's Certification Regarding Payment of Domestic Support Obligations In a Chapter 12/13 Case, and Statement Re 11 USC §522(q)(1) Applicability, within 21 days of the "Filed" date above, with the Clerk, U.S. Bankruptcy Court, or else this case may be closed, upon completion of all case administration, without entry of a Discharge Order or further notice.

**NOTICE IS FURTHER GIVEN THAT** any interested party wishing to file a motion for the court to not enter a discharge because there is a pending proceeding for which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC §522(q)(1) shall, within 21 days of the "Filed" date above, file a written motion with the Clerk, U.S. Bankruptcy Court, including a completed Certificate of Service on the debtor(s), any Trustee, U.S. Trustee, and their respective attorneys.

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401